# EXHIBIT A

September 2, 2025

The Honorable Denise Casper
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Casper,

I am writing to you regarding the upcoming sentencing of my sister, Karolayn. As her sibling, I have witnessed firsthand the struggles she faced, particularly during her relationship with Junior. It was incredibly painful for our family to watch her lose herself to see her values, character, and beliefs change under the weight of that relationship.

We are now so grateful and blessed to see her emerging from that dark chapter. The person she is today is someone who has reclaimed her strength, identity, and purpose. That difficult period brought serious consequences and hard lessons, but it truly was just one chapter in her life not a reflection of who she is at her core as a woman, mother, and human being.

Growing up, Karolayn and I were extremely close. We spent our childhood moving between our grandparents' homes, splitting time between Puerto Rico and the Dominican Republic. Constant transitions weren't easy, but we always had each other to lean on. My sister has always been kind, courageous, reliable, and full of heart someone who genuinely cares for others and tries to do the right thing.

Watching her fall into a harmful relationship was one of the hardest things I've experienced. During that time, she was not herself. She became withdrawn, anxious, and deeply unhappy. It was clear she was struggling, and although she desperately wanted to leave, she didn't know how to do it.

The Karolayn we see today is someone who not only acknowledges her past mistakes but is actively working to make amends. She has shown true remorse and is committed to rebuilding her life. She has expressed her deep desire to be a better mother, sister, daughter, and friend and her actions reflect that commitment.

She now works full-time, attends dental school, and is a full-time mom to her daughter, who just started kindergarten. Karolayn personally drops her off and picks her up every day, maintaining a stable routine and nurturing environment. Their bond is incredibly strong her daughter depends on her daily, emotionally and physically.

As her sibling, I could not be prouder of how far she has come. It's been a long and difficult road, but I am filled with hope for her future. I respectfully ask that you consider her growth, her sincere efforts, and the love and support she continues to receive from our family as you make your decision.

Karolayn fully understands the seriousness of her actions and is not trying to escape responsibility. However, I truly believe that continued support, rather than separation, will give her the best chance to continue on this path of healing and transformation.

The thought of losing her again is devastating not only for me but for all who love her, especially her young daughter who needs her now more than ever. I believe in my sister. I believe in the progress she's made and the person she's becoming. And I ask, with all my heart, that you take all of this into account when considering her future.

Thank you for taking the time to read my letter. I am deeply grateful for your attention and consideration of my sister's situation.

Sincerely,
Stacy Eusebio

# EXHIBIT B

September 3rd, 2025

The Honorable Denise J. Casper

John joseph Moakley U.S Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210

Dear Judge Casper,

I am writing this letter on behalf of my cousin, Karolayn Eusebio. She has been one of the most important people in my life, and I feel fortunate to have grown up with her guidance and support. From a young age, she helped raise me, and her love, energy, and patience shaped me into the caring man I am today.

My cousin has always been full of life, but that stands out the most about her is her heart. She is the kind of person who shows up for others, who puts family first, and who makes sure people around her feel cared for. I've seen her handle challenges with strength, and I've seen the way she inspires those around her with her compassion. She loves her daughter ▮▮▮ unconditionally, I see how she cares for her and how ▮▮▮ depends on her mother.

I can say with complete honesty that she has been a role model for me, and influence continues to guide me in my own life. With this situation that she is facing, she has advised me to make good decisions in life because there are consequences that cause pain and regrets. She is not only my cousin but also someone I look up to deeply, and I truly believe in her character and all the progress that she has made speaks for itself. With all my heart I ask, you consider the progress she has made and the love and support she has from her family and daughter.

Thank you for taking the time to hear my perspective.

Sincerely,

Jean Hernandez

# EXHIBIT C

The Honorable Denise J. Casper                                    September 2, 2025

John Joseph Moakley U.S Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210

Dear Chief Judge Casper,

I am writing this letter of support on behalf of my dear friend Karolayn Eusebio. I have known Karolayn for about 16 years, we met at a very young age when we both met at a church our mothers attended. We quickly became like sisters once we became a part of the ministry group, singing and in a dancing group for church every Sunday. During this time, I have come to know her as a person of integrity, kindness, and respect.

Throughout our friendship, I have observed Karolayn consistently demonstrate great responsibility and a strong moral compass. She has always been the kind of person who loves to help anyone she can help. When I moved back to Boston from Texas two years ago, she was the one to help me with multiple job applications and would take me to my interviews due to the fact that I did not have my own vehicle yet. In addition, when I found myself going through a rough time living on my own she was the one friend I could rely on and from the kindness of her heart would cook for me and bring it to my home or get me food because I had moments where I did not have the funds to eat. She did these things without ever expecting anything back and that's a testimony to her big, selfless heart.

Besides being a valued friend, Karolayn is a devoted daughter, sister, niece and most importantly Mother. She actively supports her daughter ▉ in various ways. I've witnessed firsthand her dedication to being as present as possible. She attends every school event and activity. I know this because I was a teacher in the daycare ▉ attended and have seen Karolayn present in every activity we hosted.

I respectfully ask you to consider this letter a testament to Karolayn's character and potential for positive change. She's been doing amazing in the last year including enrolling in dental school and thriving in her dental office job. I believe with her supportive friends and family and unwavering determination, she will emerge from this situation as a better and more resilient individual.

Thank you for considering this letter. Please feel free to contact me if you require any further information or clarification. My email address is ▉@gmail.com.

    Sincerely,
    Danaris Telles

# EXHIBIT D

The Honorable Denise J. Casper                               September 3rd, 2025

John joseph Moakley U.S Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210

Dear Chief Judge Casper,

My name is Jesus Mejia, I am the father of ▆▆▆. I am writing to you in regard of Karolayn Eusebio, whom I have known since we were in high school in 11th grade. We were in a relationship for nine years, and during that time, we welcomed our daughter, ▆▆▆, into this world. After ▆▆▆ was born, we were still together until ▆▆▆ turned two years old. In those two years that I got to live in the same house as my daughter and Karolayn, I saw how much Karolayn cared for our daughter and how important she is in her life. Karolayn is the best mom to my daughter, and I feel so grateful for how she loves and cares for my daughter. ▆▆▆ loves her mom and depends on her full time. They have a great relationship, and I feel she is safe with her mom.

Over the many years I've known and lived with Karolayn, I've come to see her as a kind, thoughtful, and loving person. This current situation, that Karolayn is facing those not identify her as a person. She is way more than this. It hurts me that she is going through this because I know Karolayn deep down and this is not her. This situation brings pain to my heart, and I wouldn't like my daughter to be separated from her mother. I believe that the recent challenges she has faced have helped her grow, and I am confident that she has learned valuable lessons from this experience.

I am especially proud of the steps Karolayn has taken to better herself. She has returned to school to pursue something she is passionate about, and I truly believe this will help her continue to grow both personally and professionally.

As someone who has spent a significant part of my life with Karolayn and continues to appreciate the person she is becoming, I respectfully ask that you consider her character and her efforts to move forward in a positive direction.

Sincerely,

Jesus Mejia

# EXHIBIT E

September 3rd, 2025

The Honorable Denise J. Casper

John joseph Moakley U.S Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210

Respetada Jueza Casper,

Mi nombre es Wander Castillo, y me dirijo a usted con el mas profundo respeto como padrastro de Karolayn Eusebio, con quien he compartido mi vida familiar durante seis anos. En este tiempo, he tenido la oportunidad de conocerla de cerca y ser testigo de su dedicacion como madre y su esfuerzo por superarse. Actualmente, Karolayn esta estudiando en una escuela dental y trabajando como recepcionista, todo esto mientras cuida y cria a su hija, ▊. Como abuelo de ella, me entristece profundamente pensar en el impacto que tendria para ella crecer sin la precencia de su madre en esta etapa tan importante de su vida.

He visto a Karolayn luchar por su mejor future, sostenerse con valentia en medio de las dificultades y aferrarse a su fe en Dios y al amor por su hija como su mayor motivacion. Por eso, respetuosamente, le pido que dentro de lo que la ley permita considere una medida de Clemencia que le permita seguir en este camino de transformacion y responsabilidad. Como familia, nos comprometemos a poyarlar en todo lo necesario para que pueda continuar desarrollandose y brindandole a ▊ la madre presente y amorosa que ella merece.

Le agradesco profundamente su tiempo, su consideracion y la sabiduria con la que lleva a cabo esta importante labor.

Con respeto,

Wander Castillo

Padrastro

**Spanish-to-English translation by counsel
(utilizing an online translating application)**

September 3rd, 2025

The Honorable Denise J. Casper

John joseph Moakley U.S Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210

Respected Judge Casper,

My name is Wander Castillo, and I address you with the deepest respect as the stepfather of Karolayn Eusebio, with whom I have shared my family life for six years. During this time, I have had the opportunity to know her closely and witness her dedication as a mother and her efforts to improve herself. Karolayn is currently studying at dental school and working as a receptionist, all while caring for and raising her daughter, ▇▇▇. As her grandfather, I am deeply saddened to think about the impact growing up without her mother's presence would have on her at this important stage of her life.

I have seen Karolayn fight for her best future, bravely endure in the midst of difficulties, and cling to her faith in God and her love for her daughter as her greatest motivation. Therefore, I respectfully ask that, within the limits of the law, you consider a measure of clemency that would allow her to continue on this path of transformation and responsibility. As a family, we are committed to supporting her in every way necessary so she can continue to develop and provide ▇▇▇ with the present and loving mother she deserves.

I deeply appreciate your time, your consideration, and the wisdom with which you carry out this important task.

With respect,

Wander Castillo

Stepfather

# EXHIBIT F

September 3rd, 2025

The Honorable Denise J. Casper

John joseph Moakley U.S Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210

Respetada Jueza Casper,

Me dirijo a usted con el más profundo respeto como madre de Karolayne Eusebio, quien se encuentra bajo su consideración en este proceso judicial. Soy plenamente consciente de la seriedad de esta situación y de la gran responsabilidad que recae sobre sus decisiones.

Le ruego que, dentro de las posibilidades que la ley permita, considere un acto de clemencia hacia mi hija. Karolayn es una joven que, a pesar de las circunstancias, ha demostrado gran disposición para mejorar su vida. Actualmente estudia para convertirse en asistente dental y trabaja como recepcionista en una clínica dental, esforzándose por construir un futuro estable y digno para ella y su hija ▓▓▓▓▓. Karolayn ama a su hija y quiere lo major para ella. ▓▓▓▓▓ depente de su madre por tiempo complete. Karolayn es quien cuida y vela por ella, la lleva para la escuela y la recoje y es quien se encarga de todas sus necesidades.

Además, es madre, y su hija junto con su fe en Dios se han convertido en su mayor fuerza y motivación para cambiar y seguir adelante. Como familia, estamos comprometidos a brindarle todo el apoyo necesario emocional, espiritual y práctico para que esta etapa sea un punto de aprendizaje y no una barrera para su desarrollo.

Entiendo la importancia de que la justicia siga su curso, pero también creo en las segundas oportunidades y en el poder que tienen para transformar vidas. Mi hija tiene la capacidad y la voluntad de rehacer su camino, y confío en que, con la oportunidad adecuada, podrá hacerlo.

Le agradezco sinceramente su tiempo, su atención y la sabiduría con la que lleva a cabo esta labor tan trascendental.

Con respeto,

Michelle Dominguez
Madre

**Spanish-to-English translation by counsel
(utilizing an online translating application)**

September 3rd, 2025

The Honorable Denise J. Casper

John joseph Moakley U.S Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210

Respected Judge Casper,

I address you with the deepest respect as the mother of Karolayne Eusebio, who is under your care in this judicial process. I am fully aware of the seriousness of this situation and the great responsibility that rests on your decisions.

I urge you, within the possibilities permitted by law, to consider an act of clemency toward my daughter. Karolayn is a young woman who, despite the circumstances, has shown a great willingness to improve her life. She is currently studying to become a dental assistant and works as a receptionist in a dental clinic, striving to build a stable and dignified future for herself and her daughter, ▬▬▬. Karolayn loves her daughter and wants the best for her. ▬▬▬ relies on her mother full-time. Karolayn is the one who cares for and watches over her, drives her to and from school, and takes care of all her needs.

She is also a mother, and her daughter, along with her faith in God, has become her greatest strength and motivation to change and move forward. As a family, we are committed to providing her with all the necessary emotional, spiritual, and practical support so that this stage is a learning opportunity and not a barrier to her development.

I understand the importance of ensuring that justice is served, but I also believe in second chances and the power they have to transform lives. My daughter has the ability and the will to remake her path, and I am confident that, given the right opportunity, she will be able to do so.

I sincerely thank you for your time, your attention, and the wisdom with which you carry out this momentous task.

With respect,

Michelle Dominguez
Mother